UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8-10-05
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

JOSEPH FRANCIS PIERCE III

CASE NO. 3:05-cr-268 J-25 MCR
Ct. 1: 18 U.S.C. § 912
Ct. 2: 18 U.S.C. §1001

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 19, 2005, in Duval County, in the Middle District of Florida,

JOSEPH FRANCIS PIERCE III

the defendant herein, did knowingly and willfully with intent to deceive, falsely assume and pretend to be an officer and employee acting under the authority of the United States, that is, an active duty member of the United States Navy, and in such assumed and pretended character with intent to deceive, did obtain a thing of value, in that he obtained medical services from the Naval Air Station Jacksonville Hospital because of his assertion that he was on active duty in the United States Navy.

In violation of Title 18, United States Code, Section 912.

### COUNT TWO

On or about February 19, 2005, in Duval County, in the Middle District of Florida,

JOSEPH FRANCIS PIERCE III

the defendant herein, in a matter within the jurisdiction of a department of the United States, specifically the Department of Defense, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to an officer of the United States, that is, the defendant signed two documents in the presence of the officer as a Machinist Mate Third Class, and told the officer that he was a Machinist Mate Third Class on active duty in the United States Navy, wheras in truth and fact, as the defendant then and there well knew, the defendant was not on active duty and had never been on active duty in the United States Navy.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
JONATHAN MITCHELL
Special Assistant United States Attorney

By: _____
KATE KMIEC
Special Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH FRANCIS PIERCE III

## INDICTMENT

Violations:

Ct. 1: 18 U.S.C. § 912
Ct. 2: 18 U.S.C. § 1001

A true bill,

_____
Foreperson

Filed in open court this 10th day
of July, A.D. 2005.

_____
Clerk

Bail $ _____

GPO 863 525