# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

## AMENDED JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

2009 JUL 23 P 4: 23

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

CASE NUMBER: 3:05-cr-268-J-25MCR
USM NUMBER: 48347-018

V.

JOSEPH FRANCIS PIERCE, III

Defendant's Attorney: James Burke, Esq. (pda)

## THE DEFENDANT

**X** admitted guilt and is adjudicated guilty to violation of charge number's _1 -5_ of the conditions of supervised release of the Petition (Dkt. #32).

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, reckless driving with serious bodily injury In Violation of the Standard Conditions of Release | February 27, 2007 |
| Two | New criminal conduct, driving while license suspended or revoked In Violation of the Standard Conditions of Release | February 27, 2007 |
| Three | New criminal conduct, possession of Cannabis less than 20 grams In Violation of the Standard Conditions of Release | February 27, 2007 |
| Four | Positive urinalysis, marijuana In Violation of the Standard Conditions of Release | January 8, 2007 |
| Five | Positive urinalysis, marijuana In Violation of the Standard Conditions of Release | February 20, 2007 |

Defendant: Joseph Francis Pierce, III
Case No.: 3:05-cr-268-J-25MCR

Judgment - Page 1A of 4

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 15, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July 23, 2009

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| Defendant: | Joseph Francis Pierce, III | Judgment - Page 2 of 4 |
|---|---|---|
| Case No.: | 3:05-cr-268-J-25MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **time served.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

\_\_\_\_ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m.    p.m.    on _____.

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before p.m. on .

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                              UNITED STATES MARSHAL

                      By _____
                                          DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **thirty (30) months**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

__X__ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__ The defendant shall cooperate in the collection of DNA as directed by the probation officer.

___ __ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer.

___ __ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

All of the terms and conditions previously imposed in this case are incorporated in this Judgment.